# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHARLOTTE CARROLL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2570-S-BN |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 1, 2024.

_____
**UNITED STATES DISTRICT JUDGE**